UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS FIELD INVESTMENT, INC ET AL | § § § § | |
| v. | § | CIVIL ACTION NO. 3-17-CV-02401-S |
| JONATHAN KOSTER ET AL | § § § § | |

**ORDER SETTING STATUS CONFERENCE AFTER CASE TRANSFER**

This case has been transferred to this Court. To facilitate case management, the Court hereby sets this case for status conference on *Wednesday, May 2, 2018 at 1:30 p.m.* at the United States District Court, 1100 Commerce Street, Courtroom 1632, Dallas, Texas 75242. Lead counsel for each party, or alternatively, counsel with authority to bind their respective clients and lead counsel, and all unrepresented parties, shall be present. The parties are directed to confer and be prepared to report to the Court regarding the following at the status conference:

1. Trial date and estimated length of trial;

2. Mediation activity to date and desirability of future mediation;

3. Pending or anticipated motions requiring court involvement prior to trial; and

4. Anything else that should be considered for scheduling purposes.

This status conference shall also serve as the Rule 26(f) scheduling conference if one has not been held in this case prior to transfer.

   **SO ORDERED.**

   SIGNED April 17, 2018.

   *Karen Gren Scholer*
   **KAREN GREN SCHOLER**
   **UNITED STATES DISTRICT JUDGE**